**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:

Tyla Monet Mazyck

Case No. 25-12652-MEW

Chapter 7

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)**

Upon the motion (the "Motion") of creditor Yerilee Atkinson Vélez (the "Movant") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d) in order to continue the pending state court action in Atkinson Vélez v. Mazyck, Bronx Civil Court, Index No. CV-006582-25/BX, and after due notice and opportunity for hearing, the Court finds that cause exists to modify the automatic stay to permit liquidation of Movant's claim in the appropriate state forum; and the Court further finds that such relief will not prejudice the estate, will aid in the efficient administration of the case, and is limited solely to adjudication of liability and damages.

IT IS HEREBY ORDERED THAT:

1. The automatic stay imposed by 11 U.S.C. § 362(a) is modified for the limited purpose of allowing Movant to continue and conclude the state-court action styled Atkinson Vélez v. Mazyck, Index No. CV-006582-25/BX, in Bronx Civil Court, including all motions, hearings, and entry of judgment.

2. Movant may not execute upon or enforce any judgment obtained in the state court against property of the bankruptcy estate without further order of this Court.

3. This Order is limited strictly to the liquidation of the claim and does not authorize any acts to collect, recover, or enforce a judgment outside of the bankruptcy process.

4. Nothing in this Order shall prejudice the rights of any party with respect to any subsequent determination of dischargeability under 11 U.S.C. § 523.

5. The request for emergency consideration is GRANTED to the extent necessary to permit prompt adjudication of the Motion.

6. The request for a waiver of the filing fee is GRANTED, or alternatively, the Court reserves decision and will address the fee request separately.

7. This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

Dated: _____, 2025

New York, New York


HON. MICHAEL E. WILES

UNITED STATES BANKRUPTCY JUDGE